UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| SARAH HILLARD,<br><br>  Plaintiff,<br><br>vs.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.;<br>and Does 1 through 10, inclusive,<br><br>  Defendant. | Case No. 4:14-cv-00025-M |

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT**

PURSUANT TO Rule 41(a)(1)(A)(ii), IT IS SO ORDERED that all claims of Plaintiff SARAH HILLARD against Defendant WELTMAN, WEINBERG & REIS CO., L.P.A.; and Does 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff SARAH HILLARD and Defendant WELTMAN, WEINBERG & REIS CO., L.P.A. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

September 19, 2014

DATED:_____

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

2